SON JONES, alias ROOSEVELT JONES and L. VIRGIL SMITH alias BUDDY SAULS, v. THE STATE OF FLORIDA.

16 So. (2nd) 811                January Term, 1944
February 4, 1944                        Division B

*Parks M. Carmichael* and *J. Harry Schad,* for appellants.

*J. Tom Watson,* Attorney General, and *John C. Wynn,* Assistant Attorney General, for appellee.

PER CURIAM:

A careful inspection of the record in this case in the light of the briefs filed discloses no reversible error and the judgment is affirmed.

So ordered.

Affirmed.

BUFORD, C. J., BROWN, THOMAS and SEBRING, JJ., concur.